1
2
3
4
5
6

FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
Paysign, Inc.

7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN WILLIAMS,                    ) | Case No: |
| Plaintiff,          ) | **NOTICE OF REMOVAL OF** |
| vs.                    ) | **ACTION** |
| PAYSIGN, INC.,                    ) | |
| Defendant.          ) | |

10
11
12
13
14
15

16
17

**TO:    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

18       PLEASE TAKE NOTICE that Defendant, Paysign, Inc., hereby files this

19  Notice of Removal of Action of this case from the Eighth Judicial District Court of the

20  State of Nevada, Case No. A-21-832106-C (the "State Action"), in which it is now

21  pending, to the United States District Court for the District of Nevada, and

22  respectively state as follows:

23       1.       The jurisdiction of this court is invoked under 28 U.S.C. § 1331.

24
25       2.       On March 31, 2021, Plaintiff filed her Complaint in the State Action,

26  which Complaint was served on Defendant on April 22, 2021.  All available process,

27  pleadings and orders served on Defendant in connection with the State Action are

28  attached hereto as Exhibit A.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 40508583.1

- 1 -

3.     The grounds for removal are as follows: While perhaps inartfully, the Complaint appears to allege claims under the Americans with Disabilities Act, 42 U.S.C. §12101 *et. seq.,* giving this Court subject matter jurisdiction under 28 U.S.C. § 1331.[1]

4.     This Notice of Removal of Action is executed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DATED this 13th day of May 2021.

FISHER & PHILLIPS, LLP


By: /s/ Scott M. Mahoney, Esq.
    300 South Fourth Street
    Suite 1500
    Las Vegas, Nevada 89101
    Attorneys for Defendant

---

[1] The 30 days to remove an action is triggered when the four corners of the pleading reveal a basis for removal. *Harris v. Bankers Life and Casualty Company,* 425 F.3d 689, 694 (9th Cir. 2005). Paragraph 6 of the Complaint alleges that Plaintiff "notif[ied] Human Resources . . . that she had a protected disability" and that Defendant committed "a direction violation of the [ADA]." Plaintiff also attaches to the Complaint her Charge of Discrimination filed with the EEOC alleging disability discrimination and retaliation in violation of the ADA and the Dismissal and Notice of Rights issued by the EEOC.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 40508583.1

- 2 -

1

## <u>CERTIFICATE OF MAILING</u>

2

     This is to certify that on the 13th day of May 2021, the undersigned, an

3

employee of Fisher & Phillips LLP, deposited the foregoing Notice of Removal of

4

Action in the United States mail, with postage prepaid, addressed to:

5

Ms. Ryan Williams

6

930 Carnegie Street<br>Apt. 311

7

Henderson, NV 89052

8

By:  /s/ Sarah Griffin

9

An employee of Fisher & Phillips LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 40508583.1

- 3 -