# EXHIBIT A

1  SUMM

   Ryan Williams
2  _____
   (Your Name)
   930 Carnegie St. #311
3  _____
   (Your Mailing Address)
   Henderson, NV 89052
4  _____
   (Your City, State, Zip Code)
   (702) 419-1918
5  _____
   (Your Telephone Number)

6  _____
   (Your Fax Number)
   oregonsnowfall&gmail.com
7  _____
   (Your E-mail Address)
   Plaintiff, Self-Represented
8

9                    **EIGHTH JUDICIAL DISTRICT COURT**

10                        **CLARK COUNTY, NEVADA**

11  *Plaintiff's*                          Case No.: A-21-832106-C
    *Name:*   Ryan Williams                Dept. No.: Dept. 19
12
                          Plaintiff,
13           vs.

14  *Defendant's*
    *Name:*   Paysign, Inc.
15
                          Defendant.
16                              **SUMMONS**

17  **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT
        YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT
18      WITHIN 21 DAYS. READ THE INFORMATION BELOW CAREFULLY.**

19  To the Defendant named above: Paysign, Inc.

20         A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the

21  relief requested in the complaint, which could include a money judgment against you or some other form

22  of relief.

23         If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you

24  (not counting the day of service), you must:

25         1.      File with the Clerk of the Court, whose address is shown below, a formal written

26                 response (typically a legal document called an "answer," but potentially some other

27  _____
    [1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and
28  legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

                                    Page 1 of 2
                                                                                    *Rev. 2/20/2019*
          **For more forms and information, visit www.civillawselfhelpcenter.org.**    © *Civil Law Self-Help Center*

1 | response) to Plaintiff's complaint.

2 |     2.      Pay the required filing fee to the court, or file an Application to Proceed *In Forma*

3 | *Pauperis* and request a waiver of the filing fee.

4 |     3.      Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name

5 | and address is shown below.

> Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

By: _____     Date: APR 1 9 2021
Deputy Clerk ALISA-MAE CHAPMAN
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

_____
(Signature)
Ryan Williams
(Your Name)
930 Carnegie St. #311
(Your Street Address)
Henderson, NV 89052
(Your City, State, and Zip Code)

Plaintiff, Self-Represented

Note:    When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).



Ryan Williams
930 Carnegie Street
Apt. 311
Henderson, NV 89052
(702) 419-1918
oregonsnowfall@gmail.com
Plaintiff, in Proper Person

FILED
MAR 31 2021
CLERK OF COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

Ryan Williams,

          Plaintiff,

vs.

Paysign, Inc.,

          Defendant.

CASE NO.   A-21-832106-C
DEPT. NO.   **Dept. 19**

Jury Trial Demand

**COMPLAINT**

Plaintiff, (Ryan Williams) in proper person, complains that Defendant (Paysign) had constructively terminated her employment on June 24, 2020 after reporting an ongoing hostile work environment that had aggravated Plaintiff (Ryan Williams) existing disability (PTSD). Plaintiff (Ryan Williams) work environment was created by her supervisor, Chief Marketing Officer (Kim Sergent) who along with Defendant (Paysign) were aware of Plaintiff (Ryan Williams) disability.

**I. <u>PARTIES</u>**

1. Plaintiff (Ryan Williams) is an individual who is currently, and was at all relevant times herein, a resident of the State of Nevada, County of Clark, City of Las Vegas. Plaintiff (Ryan Williams) is female.

2. Defendant (Paysign) is a corporation organized and existing by virtue of the Laws of the State of Nevada, and may be served with process by service upon 2615 St. Rose Pkway, Henderson, NV 89052.

## II. **FACTS**

4. On March 20, 2020 Plaintiff (Ryan Williams) had notified Human Resources Director (Madeline Warring) that her work environment continued to be hostile and abusive under her supervisor, Chief Marketing Officer (Kim Sergent). Plaintiff (Ryan Williams) felt it was imperative that Defendant (Paysign) and Human Resources Director (Madeline Warring) know that Plaintiff (Ryan Williams) safety was now compromised as she had (PTSD) and was experiencing traumatic triggers while under the supervision of Chief Marketing Officer (Kim Sergent).

5. Human Resources Director (Madeline Warrring) did not respond to Plaintiff (Ryan Williams) statement other than to say, "Ryan, Don't feel obligated to stay…I mean, if you don't feel safe."

6. Plaintiff (Ryan Williams) had just made a statement notifying Human Resources Director (Madeline Warring) that she had a protected disability that was being aggravated while employed by Defendant (Paysign) and under the direction of Chief Marketing Officer (Kim Sergent). This intentful and conscious act by Defendant (Paysign) is a direct violation of the Americans with Disabilities Act of 1990, as amended.

7. In fact, between October 21, 2019 and June 15, 2020 Plaintiff (Ryan Williams) had reported Chief Marketing Officer (Kim Sergent) a total of four times to Human Resources Director (Madeline Warring) for abusive and unethical behavior.

8. On March 20, 2020 Plaintiff (Ryan Williams) realized she had no choice but to notify Human Resources Director (Madeline Warring) that she had a disability (PTSD).

9. Plaintiff (Ryan Williams) let Human Resources Director (Madeline Warring) know that she could not go into detail how she was diagnosed with PTSD, other than to tell her that Plaintiff (Ryan Williams) was sexually assaulted. Plaintiff (Ryan Williams) safety was now being compromised under Chief Marketing Officer (Kim Sergent) on a daily basis.

10. Plaintiff (Ryan Williams) was visually upset while notifying Human Resources Director (Madeline Warring) to the point of having Psychogenic tremors on her left side while relaying her disability.

11. Psychogenic tremors are symptoms of PTSD when trauma is reoccurring and the brain tries to adjust to the overwhelming stress.

12. Defendant (Paysign) provided no dialogue regarding Plaintiff (Ryan Williams) safety concerns moving forward.

13. Human Resources Director (Madeline Warring) did not attempt to acknowledge Plaintiff (Ryan Williams) disability, nor did she assure Plaintiff (Ryan Williams) that Defendant (Paysign) number one priority is a safe work environment for their employees. Nor did Human Resources Director (Madeline Warring) address the abusive and unethical tactics of Chief Marketing Officer (Kim Sergent) that had repeatedly been reported.

14. On June 15, 2020 Plaintiff (Ryan Williams) receives a call from Chief Marketing Officer (Kim Sergent) berating Plaintiff (Ryan Williams) for a discrepancy in communication over a marketing postcard size. Plaintiff (Ryan Williams) tried explaining that she had written the size down after having a phone call with Chief Marketing Officer (Kim Sergent). However, (Kim Sergent) was not listening and accused Plaintiff (Ryan Williams) of lying.

15. The call began to escalate as Chief Marketing Officer (Kim Sergent) would not stop yelling at Plaintiff (Ryan Williams). Therefore, in that moment Plaintiff (Ryan Williams) calmly says, "Kim, have a nice day" and hung up the phone.

16. Plaintiff immediately then emailed Chief Marketing Officer (Kim Sergent) and cc'd Human Resources Director (Madeline Warring) requesting that Chief Marketing Officer (Kim Sergent) stop lashing out at her. Plaintiff (Ryan Williams) had hoped by including Human Resources Director (Madeline Warring) on the email, that she would have finally intervened.

17. Plaintiff (Ryan Williams) then received an invitation from Human Resources Director (Madeline Warring) requesting her attendance on a conference call the following day (June 16, 2020).

18. On June 16, 2020 Plaintiff (Ryan Williams) attends the call only to find out that Chief Marketing Officer (Kim Sergent) is hosting the call and Human Resources Director (Madeline Warring) is only sitting in on the call.

19. During the call Chief Marketing Officer (Kim Sergent) informs Plaintiff (Ryan Williams) that her email was grounds for misconduct and Plaintiff (Ryan Williams) would be written up.

20. Plaintiff (Ryan Williams) then asks Human Resources Director (Madeline Warring) during the call, why she wasn't talking about the repeated misconduct reported to her regarding Chief Marketing Officer (Kim Sergent).

21. Human Resources Director (Madeline Warring) then states, "I assure you Ryan, your concerns have been documented." Human Resources Director (Madeline Warring) then tells Plaintiff (Ryan Williams) she will be sending her a digital document to sign acknowledging Plaintiff (Ryan Williams) misconduct on June 15, 2020.

22. After the call ended, Plaintiff (Ryan Williams) emailed Human Resources Director (Madeline Warring) requesting a copy of her employee file and the reported documentation regarding Chief Marketing Officer (Kim Sergent).

23. Human Resources Director (Madeline Warring) ignored Plaintiff (Ryan Williams) multiple requests for documentation.

24. Plaintiff (Ryan Williams) refused to sign the digital document that stated she acted with misconduct on June 15, 2020. In fact, Defendant (Paysign) violated their own "General Standards of Conduct".

"General Standards of Conduct" 5.1 "Workplace Conduct";

"Paysign endeavors to maintain a positive work environment. Each employee plays a role in fostering this environment". The following are examples of unacceptable workplace conduct:

- Deliberate omission, falsification, or fraudulent alteration of any document or record
- Violation of the Paysign Solicitation and Distribution Policy
- Violation of the Paysign Discrimination Policy, Harassment and Retaliation Policy, and/or the Opportunity Employment or ADA Policy.

26. On June 24, 2020 Plaintiff (Ryan Williams) was constructively terminated as a result of Defendant (Paysign) supporting and enabling a hostile work environment.

## FIRST CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

1. **Nevada Revised Statute NRS 193.0175 "Malice" and "maliciously" defined.**

   "Malice" and "maliciously" import and evil intent, wish or design to vex, annoy or injure another person. Malice maybe inferred from an act done in willful disregard of the rights or another, or an act wrongfully done without just cause or excuse, or an act or omission of duty betraying a willful disregard of social duty.

2. As a direct and proximate result of Defendant's extreme and outrageous conduct, Plaintiff has suffered fear and emotional distress.

3. As a direct and proximate result of the Defendant's extreme and outrageous conduct, Plaintiff has suffered pain and suffering.

## SECOND CAUSE OF ACTION

### (Negligence)

1. **Nevada Revised Statute NRS 193.018 "Neglect," "negligence," "negligent" and "negligently" defined.**

   "Neglect," "negligence," "negligent" and "negligently" import a want of such attention to the nature or probable consequences of an act or omission as an ordinarily prudent person usually exercises in his or her own business.

2. As a direct and proximate result of the Defendant's extreme and outrageous conduct, Plaintiff has suffered severe mental and emotional distress, and economic harm.

3. The conduct by Defendant was malicious and intentional, acting with conscious disregard and oppression.

4. As a direct and proximate result of the Defendant's unlawful conduct, Plaintiff has suffered economic harm.

5. Defendant acted with conscious disregard of Plaintiff's rights and feelings. Defendant acted with conscious knowledge that their conduct was certain to aggravate Plaintiff's disability and cause prolonged distress. Plaintiff believes the Defendant intended to cause fear, inflict mental and emotional distress, and/or pain and suffering to the Plaintiff. Plaintiff is therefore entitled to recover punitive damages from the Defendant.

### III. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for the following relief:

1. For compensatory damages for medical costs, and expenses, for past, present, and future loss in wages in excess of $50,000;

2. For general damages for past, present, and future pain and suffering, and other damages in the excess of $50,000;

3. For emotional damages for past, present, and future pain and suffering, in excess of $100,000:

4. Any attorney's fees, filing fees, or costs associated with this case.

5. For such other and further relief as this court deems just and equitable.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this 31`st day of March, 2021.

                                           Ryan Williams
                                           930 Carnegie Street
                                           Apt. 311
                                           Henderson, NV 89052
                                           (702) 419-1918
                                           oregonsnowfall@gmail.com
                                           Plaintiff, in Proper Person

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>487-2020-01628 |
|---|---|---|

**NEVADA EQUAL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MS. RYAN L WILLIAMS** | Home Phone<br>**(702) 419-1918** | Year of Birth<br>**1972** |
|---|---|---|

Street Address                                      City, State and ZIP Code
**930 CARNEGIE ST., #311, HENDERSON, NV 89052**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**PAYSIGN** | No. Employees, Members<br>**501+** | Phone No.<br>**(702) 749-7223** |
|---|---|---|

Street Address                                      City, State and ZIP Code
**2615 ST. ROSE PARKWAY, HENDERSON, NV 89052**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                                      City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>06-24-2020    06-24-2020<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

On or about October 8, 2019, I was hired by PAYSIGN (herein referred to as 'Respondent') and my most current position held was Graphic Designer. From my time of hire until in or around June 2020, I was subjected to harassment from my immediate supervisor, Kim Sergent, that aggravated my existing medical condition. As a result of the ongoing hostile work environment, on or about March 20, 2020, I notified Respondent of my medical condition and the need for a reasonable accommodation. Shortly thereafter, I was constructively discharged on or about June 24, 2020.

I believe I was discriminated against because of my disability, and retaliated against for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Ryan Williams on 11-13-2020 02:31 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 161 (11/16)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

| To: | Ryan L. Williams<br>930 Carnegie St., #311<br>Henderson, NV 89052 | From: | Las Vegas Local Office<br>333 Las Vegas Blvd South<br>Suite 5560<br>Las Vegas, NV 89101 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 487-2020-01628 | Breanne Blain,<br>Investigator | (702) 553-4458 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Tamara M. West

Digitally signed by Tamara M. West
DN: cn=Tamara M. West, o=EEOC, ou=Director-LVLO, email=tamara.west@eeoc.gov, c=US
Date: 2021.01.04 11:23:44 -08'00'

Enclosures(s)      Tamara M. West,<br>Local Office Director      *(Date Mailed)*

cc:    Human Resources Director/Manager<br>PAYSIGN, INC.<br>PO Box 530942<br>Henderson, NV 89053