**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RYAN WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAYSIGN, INC.,<br><br>　　　　　Defendant. | 2:21-cv-00930-GMN-BNW<br><br>**ORDER** |

Before the Court is the Motion to Continue ENE (ECF NO. 8).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Continue ENE (ECF NO. 8) must be filed on or before May 28, 2021. No reply needed.

DATED this 21st day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE