1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendant,
6  Paysign, Inc.

7

8                  **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10  RYAN WILLIAMS,                    )  Case No:  2:21-cv-00930-GMN-BNW
                                      )
11                 Plaintiff,         )  **STIPULATION AND ORDER TO**
                                      )  **EXTEND TIME TO RESPOND TO**
12                                    )  **COMPLAINT**
                                      )          **(First Request)**
13       vs.                          )
                                      )
14  PAYSIGN, INC.,                    )
                                      )
15                 Defendant.         )
                                      )
16  _____

17       IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

18  record that Defendant will have an extension of time up to and including June 1, 2021

19  to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Because of

20  deadlines, mediations and depositions in other matters, defense counsel needs further

21  time to review and respond to the allegations.  This is the first request for

22

23

24

25

26

27

28

FP 40557201.1

an extension of this deadline.

FISHER & PHILLIPS                    RYAN WILLIAMS


By: _/s/ Scott M. Mahoney, Esq._     By: _/s/ Ryan Williams_____
Scott M. Mahoney, Esq.               Ryan Williams
300 S. Fourth Street #1500           930 Carnegie St., #311
Las Vegas. NV 89101                  Henderson, NV 89052
Attorney for Defendant               Plaintiff


                                     IT IS SO ORDERED:

                                     _____
                                     UNITED STATES DISTRICT JUDGE

                                     Dated:_____
                                            May 21, 2021

FP 40557201.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101