FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
MARIAN L. MASSEY, ESQ.
Nevada Bar No. 14579
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant, Paysign, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN WILLIAMS, | Case No: 2:21-cv-00930-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| PAYSIGN, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Dated this 10th day of August, 2021.

FISHER & PHILLIPS

By: /s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
Marian L. Massey, Esq.
300 S. Fourth Street #1500
Las Vegas, NV 89101
Attorney for Defendant

**IT IS SO ORDERED.**

RYAN WILLIAMS

By: [signature]
Ryan Williams
930 Carnegie St., #311
Henderson, NV 89052
Plaintiff

Dated this 18 day of August, 2021.

[signature]
Gloria M. Navarro, District Judge
United States District Court

- 1 -

FP 41337451.1